No. 87–6331. FINNEY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 87–6354. HERNANDEZ-SUAZO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6355. ROBINSON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 87–6361. OWEN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 87–6371. PORTAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–6383. POMEROY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6384. WATSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6395. KIMBERLIN v. BREWER ET AL. C. A. 7th Cir. Certiorari denied.

No. 87–6397. GUINN v. GUINN. Sup. Ct. Va. Certiorari denied.

No. 87–6426. GIBSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 87–6433. PELTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6443. GOURLEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 87–6520. THOMAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 87–6527. JONES v. ST. LOUIS–SAN FRANCISCO RAILWAY. C. A. 6th Cir. Certiorari denied.

No. 87–6549. BLANNON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 87–6559. FLEMMINGS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.